

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 165TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:

On July 29, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

State of Texas v. Harris County, Texas, et al.

Court of Appeals No. 15-24-00120-CV
Trial Court No. 2024-63919

The Court of Appeals entered the following judgment or order:

Today the Court heard the parties' joint motion requesting the Court reinstate the appeal, vacate the trial court's final judgment—signed October 24, 2024, amended November 23, 2024—and related orders, and dismiss the case without prejudice. Having considered the motion and found it meritorious, we reinstate the appeal and **GRANT** the motion. We therefore **VACATE** the trial court's amended judgment dated November 23, 2024 and the trial court's order denying the State's request for temporary injunction dated October 24, 2024. We further **DISMISS** the case without prejudice.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 8, 2025.

**CHRISTOPHER A. PRINE, CLERK**